H. O. HOWING v. THE STATE.

No. 8502.　Decided March 5, 1924.

Theft—Practice on Appeal.

In the absence of bills of exception and statement of facts, the indictment correctly charging the offense of theft and no error appearing, the judgment is affirmed.

Appeal from the Criminal District Court of Harris.　Tried below before the Honorable C. W. Robinson.

Appeal from a conviction of felony theft; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard,* Attorney for the State, and *Grover C. Morris,* Assistant Attorney for the State.

LATTIMORE, JUDGE.—Conviction was in the Criminal District Court of Harris County for felony theft, with punishment fixed at two years in the penitentiary.

There is in the record no bills of exception and no statement of facts.　The indictment correctly charged the offense of theft of property of the value of more than fifty dollars.　There was no exception to the charge of the court.　No error appearing, the judgment will be affirmed.

*Affirmed.*

[Rehearing denied April 2, 1924.　Reporter.]